# John W. Karcz, Jr.
# Jennifer A. Karcz



357 Daniel Drive
North Tonawanda, New York
14120

3/10/2023

Hon. Lawrence J. Vilardo
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

Re: CASES #: 1:16-cv-00628-LJV, 1:2016cv00693-LJV, 1:2020cv00009-LJV, 1:2020cv01045-LJV,

Dear Judge Vilardo,

Please take notice that on the above referenced dockets, and all dockets currently before this court, and wholly due to the resignation of our retained counsel; I, John W. Karcz, Jr., and my wife, Jennifer Karcz shall henceforth proceed *pro se*.

Thank you in advance for your anticipated assistance in this matter.

Sincerely,

John W. Karcz, Jr.                                                                 Jennifer A. Karcz

J. KAREZ
357 DANIEL DRIVE
N. TONAWANDA, NY 14120

16-cv-628
16-cv-693
20-cv-9
20-cv-1045

Hon. Lawrence J Vilardo
United States District Judge
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, NY 14202