

**Ted Graney**
    Partner

August 29, 2023

**Via CM/ECF Only**
Hon. H. Kenneth Schroeder Jr.
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

        Re:   *John W. Karcz v. City of North Tonawanda, et al.*
               Civil No.:  20-cv-1045

Your Honor:

      I am writing regarding the motion for a conditional order filed by Defendants Greg Benjamin, Chris Mamot, Jeffrey Swick, and Frank Burkhart (collectively, the "City Defendants") on July 20, 2023.  As you are aware, your Honor issued a text order, dated July 25, 2023, directing Plaintiff John W. Karcz ("Plaintiff") to submit opposition papers by August 11, 2023, and directing the City Defendants to submit reply papers, if necessary, by August 25, 2023.

      To date, no opposition papers have been received or filed.  Because the motion for a conditional order remains unopposed, the City Defendants did not file any reply papers.  If your Honor has any questions or requires any further information, the City Defendants would be pleased to supplement their moving papers accordingly.

      Thank you for your consideration of this matter.

                                Very Truly Yours,
                                **WEBSTER SZANYI LLP**

                                */s Ted Graney*

                                Ted Graney, Esq.

CEG/lar

CC:   John W. Karcz (via U.S. mail and email)

**1400 Liberty Building** ● Buffalo, New York 14202
Tel:  (716) 842-2800  ●  Fax:  (716) 845-6709
tgraney@websterszanyi.com